UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALEMAYEHU GETACHEW,

    Plaintiff,

v.                                     Case No. 14-C-326

WEL INC.,

    Defendant.

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

Plaintiff had filed a Motion for Default Judgment against the defendant because the defendant has not answered the Complaint. The motion is denied. The Court recently denied the defendant's Second Motion to Dismiss on the ground that the plaintiff had improperly served him. The Court has now ordered the marshal to complete service, and until service has been completed, the defendant has no obligation to answer. The Motion for Default Judgment is therefore denied.

**SO ORDERED** this __16th__ day of September, 2014.

                                                              s/ William C. Griesbach
                                                              William C. Griesbach, Chief Judge
                                                              United States District Court