UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALEMAYEHU GETACHEW,

    Plaintiff,

v.    Case No. 14-C-326

WEL COMPANIES INC.,

    Defendant.

**ORDER DENYING MOTIONS FOR RECONSIDERATION, MEDIATION AND APPOINTMENT OF COUNSEL**

Plaintiff, who is proceeding pro se, has filed a motion for reconsideration of this court's order dismissing his retaliation claim. (ECF No. 39.) The motion will be **DENIED** because Plaintiff has simply raised the same argument he made in opposition to the defendant's motion to dismiss. *Vesely v. Armslist LLC*, 762 F.3d 661, 666 (7th Cir. 2014) (motion for reconsideration not to be used to "rehash" previously rejected arguments).

Plaintiff has also filed a separate motion requesting that the court refer the case for mediation or another form of alternative dispute resolution and that the court appoint an attorney to represent Plaintiff for the purpose of resolving the case. (ECF No. 40.) The motion will be **DENIED** without prejudice at this time. The court is of course willing to enter an order referring the case for mediation, as long as there is some indication that mediation would be productive. Therefore, if the parties jointly file such a request for mediation, the court will entertain it.

The request to appoint counsel, Plaintiff's third in this case, will be denied because he has not shown that he has made any attempt to secure private counsel or that he is not competent or his case is complex. *Pruitt v. Mote*, 503 F.3d 647, 653 (7th Cir. 2007) (en banc). Indeed, despite being advised of these requirements in the court's prior orders, Plaintiff has provided nothing more than a bare request that the court appoint a lawyer "for the potential resolution of this case." (ECF No. 40 at 1.) I also note that since Plaintiff is not in custody, he should have no difficulty retaining counsel on his own, assuming his case has sufficient merit and value to warrant the expenditure of time and effort that would be needed to bring a federal lawsuit.

**SO ORDERED** this  8th  day of July, 2015.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court