UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALEMAYEHU GETACHEW,

    Plaintiff,

v.                                  Case No. 14-C-326

WEL COMPANIES INC.
Sued as Wel Inc,

    Defendant.

## ORDER

Plaintiff's motion requesting that Attorney Kowalkowski withdraw his motion for summary judgment is denied. The motion is properly before the Court and plaintiff is required to file his response on or before October 28, 2015. In the event he fails to do so, the Court will proceed to decide the motion on the record as it now stands.

SO ORDERED this __14th__ day of October, 2015.

                                      s/ William C. Griesbach
                                      William C. Griesbach, Chief Judge
                                      United States District Court